IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | NO. 4:18-CR-053-A |
| MARTHA MARIA GONZALEZ | § § | |

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE
## AND ADJUDGING DEFENDANT GUILTY

After reviewing all relevant matters of record, including the Consent to Administration of Guilty Plea and Allocution by United States Magistrate Judge signed by defendant, MARTHA MARIA GONZALEZ, on May 8, 2018, and the Report of Action and Recommendation on Plea Before the United States Magistrate Judge, and no objections thereto having been filed by defendant, as contemplated by 28 U.S.C. § 636(b)(1), the undersigned district judge concludes that the report and recommendation signed on May 8, 2018, by the magistrate judge on plea of guilty is correct, and it is hereby accepted by the court. Accordingly,

The court finds that when defendant pleaded guilty before the magistrate judge in the above-captioned case, she was fully competent and capable of entering an informed plea, and that her plea of guilty to the offense charged by Count One of the Indictment filed on March 6, 2018, was a knowing and voluntary

plea supported by an independent basis in fact containing each of the essential elements of such offense and that such plea did not result from force, threats, or promises. Her plea of guilty to such offense is therefore accepted and she is adjudged guilty of such offense.

Defendant's sentence will be imposed in accordance with the court's scheduling order for sentencing signed May 8, 2018, by the United States Magistrate Judge.

The court SO ORDERS.

SIGNED July 2, 2018.

_____
JOHN McBRYDE
United States District Judge